**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA       :     Civil Action No.  BEL 09-2808

                                       :

DISTRICT MARYLAND                   :

. . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

        WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

        WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

        NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

     **The Master or Custodian of the M/V EL FARO, its engines, tackle and apparel, Garnishee,**

and that you promptly after the execution of this process file the same in this Court with your return thereon.

     Issued October 23, 2009.            **Felicia C. Cannon**

                                              Clerk - U.S. District Court

                                           By: _____

                                              Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA      :      Civil Action No.  BEL 09-2808

                      :

DISTRICT MARYLAND             :

   . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

        WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

        WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

        NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

**ABF Freight System, Inc., Garnishee,**

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.                **Felicia C. Cannon**

                            Clerk - U.S. District Court

                            By: _____

                                Deputy Clerk

Attorneys for plaintiff:   J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA             :        Civil Action No. BEL 09-2808

DISTRICT MARYLAND                    :

. . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

### AIM Carribean Express, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.                    **Felicia C. Cannon**
                                            Clerk - U.S. District Court

                                            By: _____
                                                Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA       :      Civil Action No.  BEL 09-2808

                             :

DISTRICT MARYLAND               :

   . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

       WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

       WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

       NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

                 Air Express International USA, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

      Issued October 23, 2009.          **Felicia C. Cannon**

                            Clerk - U.S. District Court

                       By: _____

                            Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:    This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA            :        Civil Action No.  BEL 09-2808
                                    :
DISTRICT MARYLAND                   :
. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

    WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

    WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

    NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

American Olean Tile Company, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.                    **Felicia C. Cannon**
                                     Clerk - U.S. District Court

                                     By: _____
                                            Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA             :        Civil Action No. BEL 09-2808
                                     :
DISTRICT MARYLAND                    :
. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

     WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

     WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

     NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Anchor Glass Container Corporation, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23 2009.                    **Felicia C. Cannon**
                                           Clerk - U.S. District Court

                                           By: _R. Janow_
                                               Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA       :      Civil Action No. BEL 09-2808

                                  :

DISTRICT MARYLAND                   :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

      WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

      WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

      NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

         APL Logistics Warehouse Management Services, Inc, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

      Issued October 23, 2009.

                         Felicia C. Cannon
                         Clerk, U.S. District Court

                         By: _____
                                Deputy Clerk

Attorneys for plaintiff: J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA       :       Civil Action No.  BEL 09-2808

                                  :

DISTRICT MARYLAND                :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

         WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

         WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

         NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Baltimore Ingredients International, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.                   **Felicia C. Cannon**
                                        Clerk - U.S. District Court

                                        By: _____
                                            Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA                :          Civil Action No.  BEL 09-2808
                                                        :
DISTRICT MARYLAND                        :
. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

     WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

     WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

     NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Becton Dickinson & Co., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.                    **Felicia C. Cannon**
                                                        Clerk - U.S. District Court

                                                        By: _____
                                                                  Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:    This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA            :            Civil Action No.  BEL 09-2808

                                     :

DISTRICT MARYLAND                        :

. . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

       WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

       WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

       NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

               C.H. Powell Company; Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

   Issued October 23 2009.           **Felicia C. Cannon**

                                 Clerk - U.S. District Court

                                 By: _____

                                      Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:    This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA                :          Civil Action No. BEL 09-2808

                                                                   :

DISTRICT MARYLAND                          :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

C.H. Robinson Company, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Felicia C. Cannon

Issued October 23, 2009.

Clerk - U.S. District Court

By: _V. C. Oennor_

Deputy Clerk

Attorneys for plaintiff:   J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA                    :        Civil Action No. BEL 09-2808

                                            :

DISTRICT MARYLAND                           :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

        WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

        WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

        NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

                        CEVA Logistics U.S., Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

        Issued October 23, 2009.                    **Felicia C. Cannon**
                                                    Clerk - U.S. District Court

                                                    By: _____
                                                            Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA        :      Civil Action No. BEL 09-2808

                                    :

DISTRICT MARYLAND                 :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

         WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

         WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

         NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

                   Daniel F. Young, Inc., Garnishee, .

and that you promptly after the execution of this process file the same in this Court with your return thereon.

         Issued October 23, 2009.           **Felicia C. Cannon**
                                          Clerk - U.S. District Court

                                     By: _____

                                        Deputy Clerk

Attorneys for plaintiff: J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA          :          Civil Action No. BEL 09-2808

                                                      :

DISTRICT MARYLAND                    :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

     WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

     WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

     NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Danzas Corporation, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

     Issued October 23, 2009.

                        Félicia C. Cannon

                        Clerk - U.S. District Court

                        By: _____

                           - Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA        :     Civil Action No.  BEL 09-2808
:
DISTRICT MARYLAND         :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

     WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

     WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

     NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Econocaribe Consolidators, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.         **Felicia C. Cannon**

                    Clerk - U.S. District Court

                    By: _____

                        Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA       :      Civil Action No.  BEL 09-2808

                               :

DISTRICT MARYLAND                :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Expeditors International of Washington, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.             **Felicia C. Cannon**

                                    Clerk - U.S. District Court

                                By: _____

                                       Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA       :     Civil Action No.  BEL 09-2808

                             :

DISTRICT MARYLAND              :

. . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

     WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

     WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

     NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Express Solutions International, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.            Felicia C. Cannon

                          Clerk - U.S. District Court

                          By: _____

                             Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA          :          Civil Action No.  BEL 09-2808
                                                       :
DISTRICT MARYLAND                       :
. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

F.W. Woolworth Company, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.

Felicia C. Cannon

Clerk - U.S. District Court

By: _____
        Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA          :          Civil Action No. BEL 09-2808
                                                                     :
DISTRICT MARYLAND                          :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

      WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

      WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

      NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

General Tire, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Felicia C. Cannon

Issued October 23, 2009.

Clerk - U.S. District Court

By: _R. Daxxon_

Deputy Clerk

Attorneys for plaintiff: J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

### PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA          :          Civil Action No.  BEL 09-2808
                                              :
DISTRICT MARYLAND                 :

. . . . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

HuntWesson Foods, Inc, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

                                              Felicia C. Cannon

Issued October 23, 2009.

                                              Clerk - U.S. District Court

                                              By: _____
                                                        Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA  :  Civil Action No.  BEL 09-2808
            :

DISTRICT MARYLAND      :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

   WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

   WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

   NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

       J.B. Hunt Transport, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

               Felicia C. Cannon

Issued October 23, 2009.

              Clerk - U.S. District Court

              By: _____
                 Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA      :     Civil Action No.  BEL 09-2808

                      :

DISTRICT MARYLAND          :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

     WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

     WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

     NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

     Jagro Customs Brokers and International Freight Forwarders, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.         Felicia C. Cannon

                              Clerk - U.S. District Court

                              By: _____

                                  Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA                :        Civil Action No.  BEL 09-2808
                                        :
DISTRICT MARYLAND                       :
. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

      WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

      WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

      NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

                 Kimble Glass Div. of Owens Illinois           , Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

                             Felicia C. Cannon

Issued October 23, 2009.                   Clerk - U.S. District Court

                               By: _____

                                  Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA : Civil Action No.  BEL 09-2808
          :
DISTRICT MARYLAND     :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

  WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

  WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

  NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

    Kuehne + Nagel, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

         *Felicia C. Cannon*

Issued October 23, 2009.

        Clerk - U.S. District Court

       By: _____
         Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA      :      Civil Action No. BEL 09-2808

                      :

DISTRICT MARYLAND             :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

       WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

       WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

       NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Menlo Worldwide Logistics, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

       Issued October 23, 2009.               Felicia C. Cannon

                                 Clerk - U.S. District Court

                                 By: _____

                                      Deputy Clerk

Attorneys for plaintiff: J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:    This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA              :        Civil Action No.  BEL 09-2808
                                      :
DISTRICT MARYLAND                     :
     . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

   WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

   WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

   NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Mobil Sales & Supply Corporation, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

   Issued October 23, 2009.                    Felicia C. Cannon

                                         Clerk - U.S. District Court

                                         By: _____
                                                 Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA     :     Civil Action No. BEL 09-2808

                     :

DISTRICT MARYLAND             :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Network America Lines, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.                 Felicia C. Cannon

                                  Clerk - U.S. District Court

                                  By: _____

                                      Deputy Clerk

Attorneys for plaintiff: J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA       :      Civil Action No. BEL 09-2808

                             :

DISTRICT MARYLAND                :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

      WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

      WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

      NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Panalpina, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.             **Felicia C. Cannon**

                            Clerk - U.S. District Court

                            By: _____

                                  Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA      :      Civil Action No. BEL 09-2808

                              :

DISTRICT MARYLAND                  :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

       WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

       WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

       NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Penske Logistics LLC, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.             Felicia C. Cannon

                                       Clerk - U.S. District Court

                                       By: _____

                                           Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA          :          Civil Action No.  BEL 09-2808
                                                              :
DISTRICT MARYLAND                 :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

       WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

       WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

       NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Pepsico Sales, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.

Felicia C. Cannon

Clerk - U.S. District Court

By: _____

Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA      :     Civil Action No. BEL 09-2808
                         :

DISTRICT MARYLAND            :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

       WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

       WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

       NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

                  Pepsico, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

     Issued October 23 2009.              Felicia C. Cannon
                                    Clerk - U.S. District Court

                                  By: _____
                                       Deputy Clerk

Attorneys for plaintiff: J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:    This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA       :        Civil Action No. BEL 09-2808
                                    :

DISTRICT MARYLAND                 :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

      WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

      WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

      NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Reichold Chemicals, Inc, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.             Felicia C. Cannon
                              Clerk - U.S. District Court

                              By: _____
                                  Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA       :      Civil Action No. BEL 09-2808

                                   :

DISTRICT MARYLAND              :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

       WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

       WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

       NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Reynolds, Inc.     , Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.                    Felicia C. Cannon

                                 Clerk - U.S. District Court

                                 By: _____

                                    Deputy Clerk

Attorneys for plaintiff:   J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA       :      Civil Action No.  BEL 09-2808
:
DISTRICT MARYLAND            :
. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

      WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

      WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

      NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Ryder Integrated Logistics, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.               Felicia C. Cannon
                                    Clerk - U.S. District Court

                                   By: _____
                                       Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA      :      Civil Action No.  BEL 09-2808

DISTRICT MARYLAND            :
. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

    WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

    WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

    NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

                    Schenker, Inc, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

    Issued October 23, 2009.           Felicia C. Cannon

                        Clerk - U.S. District Court

                        By:

                            Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA                  :          Civil Action No.  BEL 09-2808
                                                          :
DISTRICT MARYLAND                          :
      . . . . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

 WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

 WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

 NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Seabridge International, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.                          Felicia C. Cannon
                                                          Clerk - U.S. District Court

                                                          By: _____
                                                                  Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA          :          Civil Action No. BEL 09-2808
                                                          :
DISTRICT MARYLAND                   :
   . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Siemens Transportation Systems, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.                    Felicia C. Cannon
                                                         Clerk - U.S. District Court

                                                         By: _____
                                                                    Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

UNITED STATES OF AMERICA                :        Civil Action No.  BEL 09-2808

DISTRICT MARYLAND                        :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

        WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

        WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

        NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

                Tri Star Freight System, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

        Issued October 23, 2009.                    Felicia C. Cannon

                                          Clerk, U.S. District Court

                                          By: _____

                                                Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA      :      Civil Action No. BEL 09-2808

                                             :

DISTRICT MARYLAND                :

. . . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

      WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

      WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

      NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

UPS Supply Chain Solutions, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.                    Felicia C. Cannon

                                Clerk - U.S. District Court

                                By:

                                  Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA                 :       Civil Action No. BEL 09-2808
                                                 :
DISTRICT MARYLAND                        :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

UTI Corporation, Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.                         Felicia C. Cannon
                                                 Clerk - U.S. District Court

                                                 By: _____
                                                     Deputy Clerk

Attorneys for plaintiff:   J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

UNITED STATES OF AMERICA      :    Civil Action No.  BEL 09-2808
                                     :

DISTRICT MARYLAND                :

. . . . . . . . . . . . . . . . . .

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS a complaint has been filed in the United States District Court for the District of Maryland on October 24, 2009, by plaintiff Emerald Equipment Leasing, Inc. against Sea Star Line, LLC ("Defendant") in a certain action for breach of maritime contract alleged to be due and owing to said plaintiff amounting to a sum of at least $6,133,864.64, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, which are the property of Defendant, to the amount sued for; and if such property cannot be found that you attach all property of Defendant to the amount sued for in the hands of or under the control or custody of

Werner Enterprises, Inc., Garnishee,

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued October 23, 2009.

Felicia C. Cannon
Clerk - U.S. District Court

By: _____
           Deputy Clerk

Attorneys for plaintiff:  J. Stephen Simms, John T. Ward, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and and Maritime Claims of the Federal Rules of Civil Procedure.