**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | | |
|---|---|---|
| **Emerald Equipment Leasing, Inc.**, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| v. | * | Case No. 1:09-cv-02808-BEL |
| | * | |
| **Sea Star Line, LLC,** | * | |
| | * | |
| and | * | |
| | * | |
| **Master or Custodian of** | * | |
| **M/V EL FARO,** | * | |
| | * | |
| *Defendants,* | * | |
| and | * | |
| | * | |
| **ABF Freight System, Inc.,** *et alia,* | * | |
| | * | |
| *Garnishees.* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT SEA STAR LINE, LLC**

The Court and parties will kindly note the appearance of Benjamin J. Lambiotte, Esquire, of the law firm of Garvey Schubert Barer, a member of the Bar of this Court, No. 12997, as counsel for Defendant Sea Star Line, LLC, and counsel's Motion for Admission *pro hac vice* of Barbara L. Holland, Esquire, also of Garvey Schubert Barer, as co-counsel for Defendant Sea Star Line, LLC, filed electronically on even date herewith.  Please direct all notices and papers in this matter to both undersigned counsel.

Respectfully submitted,

GARVEY SCHUBERT BARER

By:  _/s/  Benjamin J. Lambiotte, Esq.

2

                Benjamin J. Lambiotte, Esq.
                No. 12997
                1000 Potomac Street, N.W.,
                Fifth Floor
                Washington, D.C.  20007
                Telephone: (202) 965-7880
                Facsimile:  (202) 965-1729
                blambiotte@gsblaw.com

and

        By:  /s/ Barbara L. Holland, Esq.
                Barbara L. Holland, Esq.
                *Admission Pro Hac Vice Pending*
                Second & Seneca Building
                1191 Second Avenue, 18TH Floor
                Seattle, Washington 98101-2939
                Telephone:  (206) 464-3939
                Facsimile:  (206) 464-0125
                bholland@gsblaw.com

                Counsel for Sea Star Line, LLC