IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| Emerald Equipment Leasing, Inc., | * |
| *Plaintiff,* | * |
| v. | * Case No. 1:09-cv-02808-BEL |
| Sea Star Line, LLC, | * |
| and | * |
| Master or Custodian of M/V EL FARO, | * |
| *Defendants,* | * |
| and | * |
| ABF Freight System, Inc., *et alia*, | * |
| *Garnishees.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING DEFENDANT'S EMERGENCY MOTION FOR EXTENSION OF GARNISHEES' TIME TO ANSWER

**THIS MATTER** is before the Court on the Emergency Motion of Defendant Sea Star Line, LLC, for an Extension of the Garnishees' Time to Answer. In consideration of the Motion, the Memorandum, and exhibits submitted in support thereof, Plaintiff's opposition, if any, it appearing to the satisfaction of the Court that the Motion is well founded, and that Defendant is entitled to the relief requested, the Motion is granted, and it is hereby:

**ORDERED:** that the return date by which all those persons served or to be served with the Process of Maritime Attachment and Garnishment issued by the Court at the instance of the Plaintiff in this case shall be and hereby is extended to and including that date which is seven (7)

days after the Court rules on Defendant's pending Motion to Vacate Writs of Maritime Attachment and Garnishment, in the event that Motion is denied; and it is hereby

**FURTHER ORDERED:** that counsel for Plaintiff is hereby directed to deliver forthwith written notice of the foregoing order extending such time to all those persons who have been served with Process of Maritime Attachment and Garnishment as of the date hereof.

Dated: Nov. 4, 2009

_____
Chief Judge Benson E. Legg
United States District Judge